# United States District Court
# For The Western District of North Carolina
# Statesville Division

MICHAEL E. INSCOE,

    Plaintiff(s),

vs.

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NO. 5:07CV118

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 24, 2008, Order.

Signed: November 24, 2008

Frank G. Johns, Clerk
United States District Court