IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| MICHAEL E. INSCOE,<br>　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>　　　　Defendant. | )<br>)<br>)<br>)　Civil Action No. 5:07-CV-00118<br>)<br>)<br>)<br>)<br>) |

**O R D E R**

**THIS MATTER** is before the Court on Plaintiff's *Petition for Attorney's Fees and Costs* filed on December 9, 2008. (Document # 16). By Response filed on December 15, 2008 (Document #17), Defendant advises that he will not oppose an award of legal fees in the amount of $1,267.50, as full satisfaction of any and all claims by Plaintiff in this case under 28 U.S.C. section 2412(d).

**NOW THEREFORE, IT IS ORDERED:**

1. Plaintiff's *Petition for Attorney's Fees and Costs* is **GRANTED**, and Plaintiff shall be paid the sum of $1,267.50 for attorney's fees.

2. No additional petition pursuant to 28 U.S.C. section 2412(d) shall be filed.

3. The Clerk is directed to serve copies of this Order to counsel for the parties.

**SO ORDERED.**

Signed: April 7, 2010

Richard L. Voorhees
United States District Judge